**Fill in this information to identify the case:**

Debtor 1 ___Gregory Todd Sharp_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ __Western__ District of __Kentucky__
                                                                                    (State)

Case number ___20-32099-acs_____

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST    **Court claim no.** (if known): ____7-1____

**Last 4 digits** of any number you use to identify the debtor's account:    _2_ _6_ _6_ _5_

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes.  Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 8/7/20: FC Fees | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 10/14/20: Proof of Claim $950/ BK fee $250 | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 11/10/20 | (7) | $ 13.50 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_11/19/20_____ | Motion For Relief | (11) | $ 1,231.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Gregory Todd Sharp
First Name    Middle Name    Last Name

Case number (*if known*) 20-32099-acs

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date  12 / 21 / 2020

Print:  **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**

Company  **Sottile & Barile, Attorneys at Law**

Address  **394 Wards Corner Road, Suite 180**
Number    Street
**Loveland, OH 45140**
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

---

Official Form 410S2       **Notice of Postpetition Mortgage Fees, Expenses, and Charges**       page **2**

**Sottile & Barile, LLC**

394 Wards Corner Road

Loveland, OH 44136

Phone No:  (513) 345-0592

Fax No:

## Foreclosure - Foreclosure Services - INVOICE

BSI Financial Services Inc.
Bob Jablonski
1425 Greenway Drive
Irving, TX 75038

Re:          GREGORY TODD SHARP
             10706 GRAPE ARBOR CT
             LOUISVILLE, KY 40272

Loan #:
Loan Type:          Conventional
Inv. ID / Cat. ID:
Cost Center:
CONV Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount:    $0.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | |
| Invoice Status: | Check Confirmed |
| Input By: | Carrie Stephens |
| Date Submitted: | 8/11/2020 |
| Invoice Date: | 8/11/2020 |
| Vendor Ref #: | |
| Vendor Code: | SOTTILE |
| Payee Code: | |
| Type: | Judicial |
| Referral Date | 11/28/2018 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | |
| Class Code | |
| First Legal Action: | N/A |
| Legal Action: | 06/11/2019 |
| Sale Date: | N/A |
| Reason Sale Cancelled | N/A |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/11/2020 | | | 8/11/2020 | 8/18/2020 | 8/18/2020 | 8/19/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - FC - All Other Foreclosure Fees | | 08/07/2020 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |
| | | | | | $550.00 | $0.00 | $550.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:** | | | | | $550.00 | $0.00 | $550.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

**Execution Date Time: 12/14/2020 06:47:16 AM**                    **Pages: 1/ 4**

**Sottile & Barile, LLC**

394 Wards Corner Road

Loveland, OH 44136

Phone No:  (513) 345-0592

Fax No:

## Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| BSI Financial Services Inc. | |
| Bob Jablonski | |
| 1425 Greenway Drive | |
| Irving, TX 75038 | |

Re:  GREGORY TODD SHARP
10706 GRAPE ARBOR CT
LOUISVILLE, KY 40272

Loan #:  ███████████

Loan Type:  Conventional

Inv. ID / Cat. ID:  ███████████

Cost Center:

CONV Case No:

GSE Code:

GSE REO Rem. Code:

Original Mortgage Amount:  $0.00

Litigation Status Code:

Man Code:

BK Case No:  20-32099

BK Chapter:  13

Invoice #:  ███████

Invoice Status:  Check Confirmed

Input By:  Jessy Engel

Date Submitted:  10/14/2020

Invoice Date:  10/14/2020

Vendor Ref #:  ███████████

Vendor Code:  SOTTILE

Payee Code:  ███████

Type:  Non Judicial

Referral Date  8/27/2020

Acquisition Date:

Paid in Full Date:  N/A

Foreclosure Removal  N/A

HiType

Class Code

Invoice ID:  ███████

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/14/2020 | | | 10/14/2020 | 10/19/2020 | 10/19/2020 | 10/20/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 10/14/2020 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| **Note:** | | | | | | | |
| Attorney Fees - Bankruptcy Fee | | 10/14/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** | | | | | | | |
| | | | | | **$1,200.00** | **$0.00** | **$1,200.00** |
| **Total:** | | | | | **$1,200.00** | **$0.00** | **$1,200.00** |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

None

Execution Date Time: 12/14/2020 06:47:16 AM                    Pages: 1/ 4

**Altisource Solutions S.a.r.l.**

1000 Abernathy Road, Suite 200

Atlanta, GA 30328

Phone No:  (877) 839-7117

Fax No:

### Property Insp. - Property Inspection Services - INVOICE

BSI Financial Services Inc.
Bob Jablonski
1425 Greenway Drive
Irving, TX 75038

Re:　　　　GREGORY TODD SHARP
　　　　　　10706 GRAPE ARBOR CT
　　　　　　LOUISVILLE, KY 40272

Loan #:　　　　███████████
Loan Type:　　Conventional
Inv. ID / Cat. ID:　███████████
Cost Center:
CONV Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount:　$0.00
Litigation Status Code:
Man Code:

| | |
|---|---|
| Invoice #: | ████████████ |
| Invoice Status: | Check Confirmed |
| Input By: | Federico Gonzalez |
| Date Submitted: | 11/17/2020 |
| Invoice Date: | 11/17/2020 |
| Vendor Ref #: | |
| Vendor Code: | |
| Payee Code: | ████████████ |
| Type: | Non Judicial |
| Order Date | 11/3/2020 |
| Order Complete Date | 11/8/2020 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | |
| Class Code | |

Invoice ID:　████████████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/17/2020 | | | 11/17/2020 | 11/24/2020 | 11/24/2020 | 11/25/2020 |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Property Services - Insp - Occupancy Inspection | | | 11/10/2020 | 1 | $13.50 | $13.50 | $0.00 | $13.50 |

　　Note: J111/INSP:  Exterior Inspection - Type B - Occupancy
　　Service From Date:  11/3/2020　　　　Service To Date:  11/8/2020

| | | | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|
| | | | $13.50 | $0.00 | $13.50 |

| **Total:** | | | **$13.50** | **$0.00** | **$13.50** |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
23365

**Sottile & Barile, LLC**

394 Wards Corner Road

Loveland, OH 44136

Phone No:  (513) 345-0592

Fax No:

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | | |
|---|---|---|---|---|
| BSI Financial Services Inc. | | Invoice #: | ■■■■ | |
| Bob Jablonski | | Invoice Status: | Check Confirmed | |
| 1425 Greenway Drive | | Input By: | Carrie Stephens | |
| Irving, TX 75038 | | Date Submitted: | 11/19/2020 | |
| Re: | GREGORY TODD SHARP | Invoice Date: | 11/19/2020 | |
| | 10706 GRAPE ARBOR CT | Vendor Ref #: | ■■■■ | |
| | LOUISVILLE, KY 40272 | Vendor Code: | SOTTILE | |
| Loan #: | ■■■■ | Payee Code: | ■■■■ | |
| Loan Type: | Conventional | Type: | Non Judicial | |
| Inv. ID / Cat. ID: | ■■■■ | Referral Date | 11/6/2020 | |
| Cost Center: | | | | |
| CONV Case No: | | | | |
| GSE Code: | | Acquisition Date: | | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A | |
| | | Foreclosure Removal | N/A | |
| Original Mortgage Amount: | $0.00 | HiType | | |
| Litigation Status Code: | | Class Code | | |
| Man Code: | | | | |
| BK Case No: | 20-32099 | | | |
| BK Chapter: | 13 | | | |

Invoice ID: ■■■■
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/19/2020 | | | 11/19/2020 | 11/24/2020 | 11/24/2020 | 11/25/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Motion for Relief | | 11/19/2020 | 1 | $1,050.00 | $1,050.00 | $0.00 | $1,050.00 |
| Note: | | | | | | | |
| | | | | | **$1,050.00** | **$0.00** | **$1,050.00** |

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Filing Costs - Motion for Relief | | | 11/19/2020 | 1 | $181.00 | $181.00 | $0.00 | $181.00 |
| Note: | | | | | | | | |
| | | | | | | **$181.00** | **$0.00** | **$181.00** |

| | | | |
|---|---|---|---|
| **Total:** | **$1,231.00** | **$0.00** | **$1,231.00** |

**Invoice Level Exceptions**

None

Execution Date Time: 12/14/2020 06:47:16 AM                    Pages: 1/ 5

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-32099-acs |
| Gregory Todd Sharp | Chapter 13 |
| Debtor | Judge Alan C. Stout |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on December 21, 2020.

**By Notice of Electronic Filing to:**

Julie Ann O'Bryan, Debtor's Counsel
julieannobryan@obryanlawoffices.com

William W. Lawrence, Trustee
ecf@louchapter13.com

Charles R. Merrill, Office of the U.S. Trustee
Ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

Gregory Todd Sharp, Debtor
10706 Grape Arbor Dr.
Louisville, KY 40272

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor